NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| JODY LOUIS, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 2D14-4359 |
| ) | |
| UNIVERSITY OF SOUTH FLORIDA, ) | |
| ) | |
| Appellee. ) | |
| _____ ) | |

Opinion filed January 6, 2016.

Appeal from the University of South Florida.

M. Stephen Stanfield, Gainesville, for
Appellant.

Thomas M. Gonzalez of Thompson,
Sizemore, Gonzalez & Hearing, P.A.,
Tampa, for Appellee.

### ORDER TRANSFERRING CASE FOR CERTIORARI REVIEW
### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY

ALTENBERND, Judge.

Jody Louis, a student at the University of South Florida (USF), appeals a

final decision from USF imposing disciplinary sanctions against him for the violation of

USF's Student Code of Conduct.  On appeal, he argues that his due process rights

were violated at the formal disciplinary hearing for several reasons, including that all of the evidence introduced by USF was hearsay.

USF correctly argues that USF's final decision is not appealable to this court. Rather, it is reviewable by certiorari in the appropriate circuit court because in making a final determination regarding disciplinary proceedings against a student, the university was acting pursuant to its authority under article IX, section 7(d) of the Florida Constitution and not as an "agency" as defined by the Administrative Procedure Act. See Rivera v. Univ. of S. Fla. St. Petersburg, 176 So. 3d 363 (Fla. 2d DCA 2015); Decker v. Univ. of W. Fla., 85 So. 3d 571 (Fla. 1st DCA 2012). In fairness to Mr. Louis, the final decision from the Assistant Vice President and Dean of Students at USF informed Mr. Louis that he had "the right to appeal" the decision to this court.

We transfer this case to the Thirteenth Judicial Circuit in and for Hillsborough County for treatment as a petition for writ of certiorari. See Fla. R. App. P. 9.040(b)(1). Following transfer, the circuit court can decide whether the briefing in this case is sufficient to facilitate certiorari review or whether it is necessary for the circuit court to order the filing of a proper petition and response.

VILLANTI, C.J., and LUCAS, J., Concur.